# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159692(82)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DONNA LIVINGS,
            Plaintiff-Appellee,

v

SC: 159692
COA: 339152
Macomb CC: 2016-001819-NI

SAGE'S INVESTMENT GROUP, LLC,
            Defendant-Appellant,
and

T & J LANDSCAPING & SNOW REMOVAL,
INC., and GRAND DIMITRE'S OF
EASTPOINTE FAMILY DINING,
            Defendants.
_____/

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 17, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2020

Clerk